Gideon Murphy, Appellant, v. A. P. Hardee, Appellee.

### In Banc.

Appeal from Circuit Court, Santa Rosa county; Evelyn C. Maxwell, Judge.

Jno. C. Avery and John B. Jones for appellant.

J. J. Sullivan and Blount & Blount for appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. Decree affirmed.

Decision *Per Curiam.*